(Reap. Dec. 8342)

GEO. S. BUSH & CO., INC. *v.* UNITED STATES

Entry No. 692.

(Decided October 14, 1954)

*Lawrence & Tuttle* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated as follows concerning the merchandise referred to below:

1) The merchandise covered by this appeal consists of firebrick imported from Canada and invoiced with descriptions the same as those set forth in paragraph 2 below.

2) At the time of exportation neither a foreign value, an export value, nor a United States value existed for such or similar merchandise, and the cost of production for the imported merchandise, in Canadian dollars per 1,000 pieces, was as given below less 10 percent:

Month of January 1943

| | |
|---|---|
| Straights or squares | 61. 00 |
| Side arch, end wedge, soaps, splits 1¼'' | 61. 00 |
| Circles | 70. 00 |

3) The appeal is abandoned as to all merchandise except that invoiced under the descriptions given in paragraph 2 and upon this stipulation the appeal may be deemed to be submitted.

On the agreed facts I find the cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise described below, and that such values, for the merchandise exported during the period specified, were as follows:

Month of January 1943
Canadian dollars
per 1,000 pieces

| | |
|---|---|
| Straights or squares | 61. 00 |
| Side arch, end wedge, soaps, splits 1¼'' | 61. 00 |
| Circles | 70. 00 |

All less 10 per centum

The appeal having been abandoned insofar as it relates to all other merchandise, to that extent the appeal is hereby dismissed.